UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
JUL 1 1 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

SURAJ DHUNGANA

INFORMATION

NO. 3:25-cr-103-DJH

31 C.F.R. § 1010.330
31 U.S.C. § 5324(b)(1)
31 U.S.C. § 5324(d)(2)
31 U.S.C. § 5331
31 U.S.C. § 5317(c)(1)

The United States Attorney charges:

### COUNTS 1-5
*(Failure to File-Nonfinancial Trades and Businesses)*

On or about the dates listed below, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **SURAJ DHUNGANA**, knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5331, and the regulations promulgated thereunder, did cause and attempt to cause a nonfinancial trade or business to fail to file a report required under section 5331 of Title 31, to wit, failure to file a Form 8300 for cash transactions over $10,000, as part of a pattern of illegal activity involving more than $100,000 in a 12-month period, this pattern involving transactions in the amounts and on or about the dates below.

| COUNT | DATE | AMOUNT OF CASH |
|---|---|---|
| 1 | 5/26/2023 | $29,499 |
| 2 | 12/29/2023 | $53,950 |
| 3 | 2/1/2024 | $15,500 |
| 4 | 4/11/2024 | $20,500 |
| 5 | 5/25/2024 | $30,000 |

All in violation of Title 31, United States Code, Sections 5324(b)(1) and 5324(d)(2) and Title 31, Code of Federal Regulations, Section 1010.330.

## FORFEITURE

Upon conviction of a violation of Title 31, United States Code, Section 5324, the defendant shall forfeit to the United States of America, pursuant to Title 31, United States Code, Section 5317(c)(1), all property, real or personal, involved in the offense and any property traceable thereto, including but not limited to a Money Judgment for $1,049,325.00 million.

If any of the described forfeitable property, as a result of any act or omission of the defendant,

- (a) cannot be located upon the exercise of due diligence;
- (b) has been transferred or sold to, or deposited with, a third party;
- (c) has been placed beyond the jurisdiction of the court;
- (d) has been substantially diminished in value; or
- (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21 United States Code 853(p), to seek forfeiture of any other property of the defendant up to the value of the above-described property.

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:EGM

UNITED STATES OF AMERICA v. **SURAJ DHUNGANA**

## PENALTIES

Counts 1-5: NM 10 yrs./$500,000/both/NM 3 yrs. Supervised Release
Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | Misdemeanor: | $ 25 per count/individual $125 per count/other | Felony: | $100 per count/individual $400 per count/other |
|---|---|---|---|---|

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

3

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY  40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY  42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY  42301
               270/689-4400

PADUCAH:       Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY  42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.