

# Case Assignment
# Standard Criminal Assignment

Case number **3:25CR-103-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 7/11/2025 2:41:17 PM
Transaction ID: 114283

[ Request New Judge ]   [ Return ]