UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
JUL 1 1 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA     PLAINTIFF

vs.     CRIMINAL ACTION NO. 3:25-CR-103-DJH

SURAJ DHUNGANA     DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Erin G. McKenzie hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*/s/ Erin McKenzie*

Erin G. McKenzie
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911