UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                    Criminal Action No. 3:25-CR-103-DJH

SURAJ DHUNGANA                                                              Defendant.

* * * * *

## ORDER FOLLOWING ARRAIGNMENT

This case came before the Court, by video, on August 4, 2025, for the purposes of initial appearance and arraignment. The defendant, Suraj Dhungana, was present with Robert C. Webb, retained counsel. Assistant United States Attorney Erin G. McKenzie was present for the United States of America. The digital recording of these proceedings is **SEALED**.

The Court orally reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

The formality of arraignment was waived and counsel, on behalf of Defendant, entered a plea of **NOT GUILTY** to the charges contained in the Information.

At the request of counsel, it is hereby

**ORDERED** as follows:

(1)       This matter is assigned for a **change of plea hearing at Louisville, Kentucky, on August 20, 2025, at 10:30 a.m.**, before the Honorable David J. Hale, United States District Judge.

At the recommendation of Probation and by agreement of the United States, it is further

**ORDERED** that the defendant is released on his own recognizance pending further order of the Court.

1

Date: August 4, 2025          ENTERED BY ORDER OF THE COURT:
                                   REGINA S. EDWARDS
                                   UNITED STATES MAGISTRATE JUDGE
                                   JAMES J. VILT, JR., CLERK
                                   BY: /s/ *Ashley Henry*, Deputy Clerk

Copies to:     Counsel of record
                  Natalie Thompson, Case Manager

0|10